**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

Ocie L. Deavers, )
    Debtor. ) Bankruptcy Case No.: 09-10163-**WSS13**
Sandra Deavers, )
    Co-Debtor )
)
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY )
BARCLAYS CAPITAL REAL ESTATE INC. DBA HOMEQ )
SERVICING, THE SERVICING AGENT, )
    Movant.

Name of Creditor or Claimant, if Different from Movant

FACT SUMMARY FOR MOTION FOR RELIEF
FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES

Date and Type of Loan/Credit Transaction: 9/18/06 and Mortgage

Type of Collateral: Real Property

Monthly Payment: $1,672.61

Amount Financed: $210,600.00    APR or Interest Rate: 9.5%

Term of Loan: 360 months or 30 Years

Payoff Amount: $223,688.66  as of  9/2/09  (Date)

Value of Collateral as Indicated
by Debtor's Schedule A: $230,000.00

Delinquent Pre-Petition Payments: What Month(s)? September 2008 to January 2009
    Amount: $12,516.33
    Claim Filed?  X  Yes or ____ No
    Date Claim Filed: 5/18/09

Number of Months of Pre-Petition Payment Default Put into Debtor's Chapter 13 Plan: Five

Delinquent Post-Petition Payments: What Month(s)? July 2009 to September 2009
    Amount: $5,017.83
    Claim Filed? ____ Yes or  X  No
    Date Claim Filed:

Amount and Number of Post-Petition Payments Received: Five
Amount held in Suspense: $1,480.46

If Lease, Lease Expiration Date: N/A
If Terminated, Lease Termination Date:

Does Creditor have Proof of Insurance in Force: ____ Yes ____ No  X  Unknown

Prior Stay Order(s) Involving Movant Including Current Case: ____ Yes or  X  No
    If yes, give case number(s) and date(s) of order(s):
    Case No.: _____ Date:
    Case No.: _____ Date:

Date: 9/2/09    Submitted By: /s/Erin Stark Brown
    (Signature)